1 Barry L. Kramer, Bar No. 61772
  kramerlaw@aol.com
2 Law Offices of Barry L. Kramer
  12428 Promontory Road
3 Los Angeles, California 90049
  Telephone: (310) 440-9761
4
5 Attorney for Plaintiffs Noel Frederick,
  Michelle Pingol and Ken Adler, and for
  Plaintiff-Appellant Mary Jane Augustine
6 (9th Circuit Case no. 07-16751)

7

8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA -- SOUTHERN DIVISION

| | |
|---|---|
| Noel Frederick, Michelle Pingol, and Ken Adler, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIA Card Services, N.A., and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. CV 09-03419 AG (RNBx)<br><br>**CLASS ACTION**<br><br>**ORDER AWARDING ATTORNEYS' FEES AND COSTS AND PLAINTIFFS' INCENTIVE AWARDS** |

THIS MATTER came before the Court for consideration of Class Counsel Barry L. Kramer's application for an award of attorneys' fees and costs and for an incentive award to the Representative Plaintiffs Noel Frederick, Michelle Pingol, Ken Adler and Mary Jane Augustine. The Court has considered all papers filed and proceedings in this matter and held a hearing on June 6, 2011, at which time the parties and all other interested persons were afforded the opportunity to be heard in support of and in opposition to the requested awards. Based on the papers filed with the Court and presentations made to the Court at the hearing, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. In accordance with paragraph 6 of Section III.E of the Settlement Agreement, Class Counsel Barry L. Kramer is hereby awarded attorney's fees, costs and expenses totaling $2,500,000.00.

2. In accordance with paragraph 7 of Section III.E of the Settlement Agreement, the Representative Plaintiffs Noel Frederick, Michelle Pingol, Ken Adler and Mary Jane Augustine are hereby awarded incentive payments of $5,000.00 each for their services in this case (including Mary Jane Augustine's services in the case of *Mary Jane Augustine v. FIA Card Services, N.A.*, Ninth Circuit Court of Appeals case no. 07-16751, and prior related proceedings).

**IT IS SO ORDERED.**

Dated: August 23, 2011      _____
                            The Honorable Andrew J. Guilford
                            United States District Judge