UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3419-AG(RNBx) | Date | May 21, 2012 |
|---|---|---|---|
| Title | NOEL FREDERICK, ET AL v FIA CARD SERVICES, NA, ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD, U.S. District Judge |
|---|---|

| Lisa Bredahl | Denise Paddock | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Barry Kramer | Not Present |

**Proceedings:** PRO SE CLASS MEMBER ROBERT GAUDET'S MOTION FOR RECONSIDERATION [DKT #123]

Cause is called for hearing and counsel for plaintiff, only, makes his appearance. Court and counsel confer. Motion is DENIED.

|  | : | 05 |
|---|---|---|
| Initials of Preparer | lmb | |