Barry L. Kramer, Bar No. 61772
*kramerlaw@aol.com*
Law Offices of Barry L. Kramer
12428 Promontory Road
Los Angeles, California 90049
Telephone: (310) 440-9761

Attorney for Plaintiffs Noel Frederick,
Michelle Pingol and Ken Adler, and for
Plaintiff-Appellant Mary Jane Augustine
(9th Circuit Case no. 07-16751)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA -- SOUTHERN DIVISION

| | |
|---|---|
| Noel Frederick, Michelle Pingol, and Ken Adler, on behalf of themselves and all others similarly situated, | Case No. CV 09-03419 AG (RNBx) |
| Plaintiffs, | **CLASS ACTION** |
| vs. | **JOINT STATEMENT RE: DISTRIBUTION OF SETTLEMENT FUND** |
| FIA Card Services, N.A., and DOES 1 through 10 inclusive, | Assigned to the Honorable Andrew J. Guilford, Courtroom 10D |
| Defendants. | |

**TO THIS HONORABLE COURT:**

The parties respectfully submit this Joint Statement pursuant to paragraph 11 of the Court's Final Judgment and Order of Dismissal With Prejudice dated August 23, 2011 (Docket # 100). Specifically, paragraph 11 directs that "the Parties shall notify the Court, within 230 days of the Effective Date, of the total amount distributed to Settlement Class Members and the total of the unpaid residue of the Settlement Amount, if any, that shall constitute the Cy

1
Joint Statement re: Distribution of Settlement Fund

Pres Fund."[1]

Attached hereto as Exhibit 1 is an up-to-date statement as of May 17, 2013, from Rust Consulting, the Court-appointed Settlement Administrator, showing that out of the total Settlement Amount of $10,000,000.00, after deducting the Court-awarded Attorney's Fees of $2,500,000.00, Incentive Payments of $20,000.00 and Settlement Costs of $250,000.00, and after adding $58,830.41 representing the interest earned on the portion of the Settlement Amount available for distribution to Settlement Class Members during the pendency of the appeals in this case, the total amount available to distribute to Settlement Class Members was $7,288,830.41.

Of this amount, $4,162,471.60 was paid to Settlement Class Members by automatic credits to their credit card accounts on or about November 26, 2012, and $3,114,824.65 was paid by checks mailed to Settlement Class Members on or about January 8, 2013. The amount of each payment was $2.45 per eligible account. The total amount distributed to Settlement Class Members was therefore $7,277,296.25, leaving an undistributed balance of $11,534.16 (representing less than half a cent per eligible account) for Cy Pres distribution.[2]

Due to the appeals filed in this case (which delayed the distribution of settlement funds by more than a year), a greater-than-anticipated number of payments to Settlement Class Members had to be made in the form of mailed checks, rather than as direct account credits, because the associated accounts of many Settlement Class Members had been closed in the interim; and due to the relatively small sums involved and the fact that the addresses for some of the Settlement Class Members with closed accounts were no longer valid and could

---

[1] The parties have treated October 12, 2012, as the Effective Date of the Settlement in accordance with the definition of "Effective Date" in the Settlement Agreement.

[2] This undistributed balance results from rounding down the distributions to the nearest cent, as specified in the Settlement Agreement.

not be reasonably updated by the Settlement Administrator, approximately half of these checks were not negotiated within the 120 days allowed. Under the Settlement Agreement, the amount represented by these un-negotiated checks ($1,620,829.65 as of May 17, 2013), together with the above undistributed balance of $11,534.16, is to be shared equally among the four non-profit Cy Pres recipients previously approved by the Court.[3]

        As shown by the attached statement (Exhibit 1), the total unpaid residue of the Settlement Amount constituting the Cy Pres Fund is presently $1,632,363.81. The cy pres distribution is due to be made by July 9, 2013, and will be handled and made by Rust Consulting. Although not specifically provided for in the Settlement Agreement, counsel believe that Rust Consulting should temporarily hold-back from distribution to the cy pres beneficiaries and retain in its control a small sum ($1,000.00) to cover any belated Settlement Class Member problems with their receipt or cashing of the settlement checks (e.g. someone serving in the military who did not receive the check until after it had become void due to passage of time, and similar cases). After a reasonable period of time, any remaining funds held-back would be divided equally among the four cy pres beneficiaries and paid to them by Rust Consulting. Especially given the size of the cy pres distribution, it seems more than reasonable to have this type of hold-back to ensure that any truly unusual or unfair situations with Settlement Class Member payments can be dealt with by Rust Consulting.

---

[3] The figures set forth in this Joint Report and in Exhibit 1 for the un-negotiated checks and, therefore, for the cy pres distribution amount are not yet final and will change slightly before the cy pres distributions are made. That is because, as of the date of preparation of Exhibit 1 and of this Joint Report, the Settlement Administrator is still honoring settlement checks (and will continue to do so through the end of May 2013), and the Settlement Administrator cannot provide final figures until the distribution account is closed and reconciled in mid-June 2013. However, given the number of settlement checks being negotiated in recent days, the Settlement Administrator and the parties believe that the changes to the figures herein will be very modest.

3

Joint Statement re: Distribution of Settlement Fund

Respectfully submitted,

Dated: May 30, 2013         ARNOLD & PORTER LLP


By: /s/ Laurence J. Hutt
LAURENCE J. HUTT
Attorneys for Defendant
FIA Card Services, N.A.


Dated: May 30, 2013         LAW OFFICES OF BARRY L. KRAMER


By: /s/ Barry L. Kramer
BARRY L. KRAMER
Attorneys for Plaintiffs
Noel Frederick and Michelle Pingol

# EXHIBIT 1



**Rust Consulting, Inc.**
**Frederick v. FIA Card Services**
**Cy Pres Calculation**
**For the Period Ending May 17, 2013**

| Initial Settlement Fund Breakdown | Amount |
|---|---:|
| Settlement Amount | $ 10,000,000.00 |
| Interest on Attorney's Fees | $ 20,342.47 |
| Interest Amount for Eligible Class Members | $ 58,830.41 |
| Attorney's Fees | $ (2,520,342.47) |
| Incentive Payments | $ (20,000.00) |
| Settlement Costs | $ (250,000.00) |
| Amount Available to Distribute | $ 7,288,830.41 |

| Pro Rata Calculation Breakdown | Amount |
|---|---:|
| Amount Available to Distribute to Settlement Class Members | $ 7,288,830.41 |
| Amount Paid to Settlement Class Members by Credits to their BOA Accounts | $ (4,162,471.60) |
| Amount Paid to Settlement Class Members by Mailed Check | $ (3,114,824.65) |
| Pro Rata Calculation Unallocated Distributable Cy Pres Amount | $ 11,534.16 |

| Distribution Account Reconciliation Breakdown | Amount |
|---|---:|
| Payments Issued | $ 3,114,824.65 |
| Book Balance | $ 7.65 |
| Payments cleared (through 5/17) | $ (1,494,002.65) |
| Uncashed Payments Cy Pres Amount (through 5/17) | $ 1,620,829.65 |

| | |
|---|---:|
| **Total Cy Pres Amount (through 5/17)** | **$ 1,632,363.81** |